# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043    For payments Only:
   Trustee                 Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**                                  Memphis, TN 38101-1918
   Assoc. Attorney

May 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   02-12556            George & Carolyn Smith

To Whom It May Concern:

Enclosed please find check #**922657** in the amount of $92.95. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

   Claim No.      1

   Account#       6911630

   Creditor       Fairbanks Capital Corp.
                  338 S. Warminster Road
                  Hatboro, PA 19040

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

**FILED**

MAY 2 4 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY